Ollie SMITH, Appellant, v. STATE of Texas, Appellee.

No. 22370.

Court of Criminal Appeals of Texas.

Oct. 14, 1942.

J. Edward Johnson and Gib Calloway, both of Brownwood, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant has filed his affidavit with motion to withdraw the appeal. The statute having been complied with, the motion is granted as prayed for.

Johnny WHITE, Appellant, v. STATE of Texas, Appellee.

No. 22285.

Court of Criminal Appeals of Texas.

Oct. 14, 1942.

Alex P. Pope, of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant files his affidavit advising this court that he does not desire to further prosecute his appeal. In compliance with said suggestion, the appeal is dismissed.